**Order entered December 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00863-CV

### LESKEL NICHOLS, Appellant

### V.

### DOWNTOWN KWIK LUBE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00165-D**

## ORDER

Before the Court is appellant's December 2, 2019 motion for an extension of time to file

his brief on the merits. We **GRANT** the motion and extend the time to **January 2, 2020**.


/s/     ERIN A. NOWELL
        JUSTICE